**Order entered April 18, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01000-CV

**RUSSELL D. ABEREGG, Appellant**

**V.**

**MONICA CESCHAN, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-00023**

## ORDER

We **GRANT** appellant's April 15, 2013 second motion for an extension of time to file a brief. Appellant shall file his brief on or before May 13, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE